UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                                              **PROPOSED ORDER**

        -against-                                  21 Cr. 412 (JSR)

DANIEL SILVA

                        Defendant.
-------------------------------------------------------------X

        Upon the application of defendant Daniel Silva requesting a modification of his conditions of Pretrial Release to remove his ankle monitor on February 22, 2022, in advance of a surgical procedure scheduled for February 24, 2022, and refitting on March 1, 2022, it is

        ORDERED that the defendant's application is GRANTED.

        All other conditions of his release shall remain in effect.

        SO ORDERED.

Dated: New York, New York
       February 16, 2022

                                                  _____
                                                  Honorable Jed S. Rakoff
                                                  United States District Judge
                                                  Southern District of New York

JR/Silva/Prop Order/Remove Ankle Mon for Surgery